IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DALE DUSTIN, | No. 2:19-CV-0672-DMC-P |
| Plaintiff, | |
| v. | ORDER |
| W. BLAKELY, et al., | |
| Defendants. | |

Plaintiff, a prisoner proceeding pro se, brings this civil rights action pursuant to 42 U.S.C. § 1983. Pending before the court is plaintiff's motion for relief from electronic filing (ECF No. 2). Plaintiff's motion is denied as unnecessary because pro se litigants are not required to use electronic filing but must instead file all documents in paper. See Eastern District of California Local Rule 133(b)(2).

IT IS SO ORDERED.

Dated: June 18, 2019

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1